<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000701
11-AUG-2020
08:53 AM**</span>

NOS. CAAP-18-0000740 AND CAAP-18-0000701

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ALLY BANK, Plaintiff-Appellee,
v.
JOHN HOCHROTH,Defendant-Appellant,
and
SABINA MYOHYUNG HOCHROTH, aka SABINA MYO-
HYUNG HOCHROTH; ISLAND HOME MORTGAGE, LLC,
Defendants-Appellees,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE
CORPORATIONS 1-20; DOE ENTITIES 1-20; and
DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-0313)


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEALS
(By: Leonard, Presiding Judge, and Chan and Wadsworth, JJ.)

Upon consideration of the "Stipulation for Dismissal of
1) Appeal Filed September 27, 2018 in CAAP-18-0000740 and 2)
Appeal Filed September 7, 2018 in CAAP-18-0000701 Consolidated on
December 28, 2018" (**Stipulation for Dismissal**), filed on July 29,
2020, and the records and files herein, it appears that (1)
Plaintiff/Counterclaim Defendant-Appellant John Hochroth and
Defendant/Counterclaim Plaintiff-Appellee Ally Bank
(collectively, **the Parties**) seek to dismiss the identified
appeals with prejudice pursuant to Hawaiʻi Rules of Appellate
Procedure Rule 42(b), (2) the Stipulation for Dismissal is signed
by counsel for the Parties to the appeals, and (3) the Parties
agree to bear their own attorneys' fees and costs.  Therefore,

IT IS HEREBY ORDERED that the Stipulation for Dismissal, filed on July 29, 2020, is approved and the appeals are dismissed with prejudice. Each party shall bear their own costs and attorneys' fees on appeal.

DATED:  Honolulu, Hawaiʻi, August 11, 2020.

/s/ Katherine G. Leonard
Presiding Judge


/s/ Derrick H.M. Chan
Associate Judge


/s/ Clyde J. Wadsworth
Associate Judge